IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 00-60640
Summary Calendar
_____

LUIS ARMANDO GIRON,

Petitioner,

versus

IMMIGRATION AND NATURALIZATION SERVICE,

Respondent.

--------------------
Petition for Review of an Order of the
Board of Immigration Appeals
BIA No. A71 559 117
--------------------
April 19, 2001

Before SMITH, BENAVIDES, and DENNIS, Circuit Judges.

PER CURIAM:[*]

Luis Armando Giron, a native of El Salvador, petitions this court for review os the Board of Immigration Appeals (BIA) decision denying his application for political asylum and his request for a voluntary departure. Giron argues that his misrepresentation at the hearing about not having been previously arrested was not material to a determination whether he had a

_____

[*] Pursuant to Local Rule 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in Local Rule 47.5.4.

well-founded fear of persecution supporting his claim for asylum or whether he was eligible for voluntary departure.

The BIA based its denial of Giron's application for political asylum and his request for voluntary departure upon the Immigration Judge's finding that Giron was not a credible witness and that his claims of persecution were unbelievable. This court does not review BIA decisions based purely on the Immigration Judge's assessment of the alien's credibility. <u>Chun v. INS</u>, 40 F.3d 76, 78 (5th Cir. 1994). Giron's petition for review of the BIA decision is DENIED.